UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ALVINI, JOSEPH  
ALVINI, JOSEPHINE  

Case No.: 17-31506-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 2, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 36 BEAVER DRIVE, BARRINGTON NJ 08007<br>(FMV $175,000.00) |
|---|---|

| Liens on property: | $43,365.00 - Bank of America (1st)<br>$98,656.28 - Chase Mtg (2nd)<br>$49,000.00 - TD Bank (3rd) |
|---|---|

| Amount of equity claimed as exempt: | $32,929.72 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-31506-JNP
Joseph Alvini                                                         Chapter 7
Josephine Alvini
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 29, 2017
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db/jdb         +Joseph Alvini,    Josephine Alvini,    36 Beaver Drive,    Barrington, NJ 08007-1406
cr             +Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,     P.O. Box 10438,
                 Des Moines, IA 50306-0438
517137725       American Express,    Attn: Bankruptcy Dept,    PO Box 297879,    Fort Lauderdale, FL 33329-7879
517137727      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Attn: Bankruptcy Department,    PO Box 982236,
                 El Paso, TX 79998-2236)
517137729       Chase Mortgage,    Attn: Bankruptcy Dept,    PO Box 78420,    Phoenix, AZ 85062-8420
517137730       Citi,    Attn: Bankruptcy Dept,    POB 6248,    Sioux Falls, SD 57117-6248
517137732      +TD Bank,    Attn Levy Dept,    11000 Atrium Way,    Mount Laurel, NJ 08054-5119
517137734      +Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
517137735      +Wells Fargo Dealer Services,     A Division of Wells Fargo Bank, N.A,,
                 Attn: Bankruptcy Department,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 29 2017 23:16:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 29 2017 23:16:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517137726       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2017 23:16:09      American Honda Finance,
                 National Bankruptcy Center,    PO Box 168088,    Irving, TX 75016-8088
517137728      +E-mail/Text: bankruptcy@bbandt.com Nov 29 2017 23:15:38      BB&T Loan Services,
                 Attn: Bankruptcy Dept,    PO Box 2306,    Wilson, NC 27894-2306
517137731       E-mail/Text: jmckenna@bankatcommerce.com Nov 29 2017 23:15:49
                 Commerce Bank and Trust Company,    PO Box 15020,    Worcester, MA 01615-0020
517137733       E-mail/Text: bankruptcy@td.com Nov 29 2017 23:16:05      TD Bank,    Loan Operations,
                 32 Chestnut Street,    Lewiston, ME 04240
                                                                                              TOTAL: 6
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. - Wells Fargo Auto Finance
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    FEDERAL HOME LOAN BANK OF BOSTON
               rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Joint Debtor Josephine  Alvini sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Debtor Joseph  Alvini sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```