UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A. - Wells Fargo Auto Finance
(856)866-0100     45404

In Re:

JOSEPH ALVINI
JOSEPHINE ALVINI

**Order Filed on February 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 17-31506

Hearing Date: 

Judge: JNP

Chapter: 7

| Recommended Form: | ☒ Followed | ☐ Modified |

# ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 13, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order extending the time within which the movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant may file a complaint objecting to discharge of the debtor and/or determining dischargeability of a debt be and hereby is extended to __March 30, 2018__. The movant shall serve this order on the debtor and any trustee.

*Rev. 7/1/04; jml*