UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A. - Wells Fargo
Auto Finance
(856)866-0100     45404

| | |
|---|---|
| In Re: | Case No.:     17-31506 |
| JOSEPH ALVINI | Hearing Date: |
| JOSEPHINE ALVINI | Judge:     JNP |
| | Chapter:     7 |

*Order Filed on February 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey*

Recommended Form:     ☑ Followed     ☐ Modified

## ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR DISCHARGEABILITY OF A DEBT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order extending the time within which the movant may file a complaint objecting to discharge and/or determining the dischargeability of a debt, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant may file a complaint objecting to discharge of the debtor and/or determining dischargeability of a debt be and hereby is extended to _March 30, 2018_____.  The movant shall serve this order on the debtor and any trustee.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-31506-JNP
Joseph Alvini                                                   Chapter 7
Josephine Alvini
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Feb 13, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db/jdb      +Joseph Alvini,    Josephine Alvini,    36 Beaver Drive,    Barrington, NJ 08007-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. - Wells Fargo Auto Finance
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    FEDERAL HOME LOAN BANK OF BOSTON
           rsolarz@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Joint Debtor Josephine  Alvini sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;r39026@notify.bestcase.com
          S. Daniel Hutchison    on behalf of Debtor Joseph  Alvini sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawparal@outlook.com;r39026@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6