UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
45404
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A.-
Wells Fargo Auto Finance
JM-5630

In Re:

JOSEPH ALVINI
JOSEPHINE ALVINI

**Order Filed on March 29, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-31506 (JNP)

Adv. No.:

Hearing Date:

Judge: Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Joseph and Josephine Alvini
Case No: 17-31506 (JNP)
Consent Order Vacating Automatic Stay

Upon agreement between William E. Craig, attorney for Wells Fargo Bank, N.A. -Wells Fargo Auto Finance ("Wells Fargo") and S. Daniel Hutchison, Esquire, attorney for the Debtors, under Bankruptcy Code section 362 for relief from the automatic stay and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated for the sole purpose of allowing Wells Fargo to take whatever steps necessary to be listed as lienholder on the title to the vehicle described below.

This Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2013 Honda Accord
Vehicle identification number
1HGCR2F50DA139435

We hereby consent to the form and entry of the within Order:

_____
William E. Craig, Esq.
Attorney For Wells Fargo Bank N.A.

_____
S. Daniel Hutchison, Esq.
Attorney For Debtors