UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
45404
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A.-
Wells Fargo Auto Finance
JM-5630

Order Filed on March 29, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH ALVINI
JOSEPHINE ALVINI

Case No.: 17-31506 (JNP)

Adv. No.:

Hearing Date:

Judge: Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 29, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Joseph and Josephine Alvini
Case No: 17-31506 (JNP)
Consent Order Vacating Automatic Stay

Upon agreement between William E. Craig, attorney for Wells Fargo Bank, N.A. -Wells Fargo Auto Finance ("Wells Fargo") and S. Daniel Hutchison, Esquire, attorney for the Debtors, under Bankruptcy Code section 362 for relief from the automatic stay and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated for the sole purpose of allowing Wells Fargo to take whatever steps necessary to be listed as lienholder on the title to the vehicle described below.

**This Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2013 Honda Accord
Vehicle identification number
1HGCR2F50DA139435

We hereby consent to the form and entry of the within Order:

_____
William E. Craig, Esq.
Attorney For Wells Fargo Bank N.A.

_____
S. Daniel Hutchison, Esq.
Attorney For Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Alvini  
Josephine Alvini  
    Debtors

Case No. 17-31506-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 29, 2018  
     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.  
db/jdb      +Joseph Alvini,    Josephine Alvini,    36 Beaver Drive,    Barrington, NJ 08007-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:

     Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com  
     John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. - Wells Fargo Auto Finance  
     ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
     Rebecca Ann Solarz    on behalf of Creditor    FEDERAL HOME LOAN BANK OF BOSTON  
     rsolarz@kmllawgroup.com  
     S. Daniel Hutchison    on behalf of Joint Debtor Josephine Alvini sdhteamlaw@outlook.com,  
     backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com  
     S. Daniel Hutchison    on behalf of Debtor Joseph Alvini sdhteamlaw@outlook.com,  
     backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. - Wells Fargo Auto Finance  
     mortoncraigecf@gmail.com,    mortoncraigecf@gmail.com  
     TOTAL: 7