**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Alvini<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−8674<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Josephine Alvini<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−7572<br>EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17−31506−JNP

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Alvini                                             Josephine Alvini
aka Joseph J Alvini, aka Joe Alvini          aka Joesephine Alvini


4/13/18                                                           **By the court:**   Jerrold N. Poslusny Jr.
                                                                                              United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Alvini  
Josephine Alvini  
    Debtors

Case No. 17-31506-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Apr 13, 2018  
                        Form ID: 318    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db/jdb         +Joseph Alvini,    Josephine Alvini,    36 Beaver Drive,    Barrington, NJ 08007-1406
517137729       Chase Mortgage,    Attn: Bankruptcy Dept,    PO Box 78420,    Phoenix, AZ 85062-8420
517137732      +TD Bank,    Attn Levy Dept,    11000 Atrium Way,    Mount Laurel, NJ 08054-5119
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2018 23:17:11     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2018 23:17:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Apr 14 2018 02:53:00      Wells Fargo Bank, N.A. - Wells Fargo Auto Finance,
                 P.O. Box 10438,    Des Moines, IA 50306-0438
517137726       EDI: HNDA.COM Apr 14 2018 02:53:00      American Honda Finance,   National Bankruptcy Center,
                 PO Box 168088,    Irving, TX 75016-8088
517137725       EDI: AMEREXPR.COM Apr 14 2018 02:53:00      American Express,   Attn: Bankruptcy Dept,
                 PO Box 297879,    Fort Lauderdale, FL 33329-7879
517137727       EDI: BANKAMER.COM Apr 14 2018 02:53:00      Bank of America,   Attn: Bankruptcy Department,
                 PO Box 982236,    El Paso, TX 79998-2236
517137728      +E-mail/Text: bankruptcy@bbandt.com Apr 13 2018 23:16:46      BB&T Loan Services,
                 Attn: Bankruptcy Dept,    PO Box 2306,    Wilson, NC 27894-2306
517137730       EDI: CITICORP.COM Apr 14 2018 02:53:00      Citi,   Attn: Bankruptcy Dept,   POB 6248,
                 Sioux Falls, SD 57117-6248
517137731       E-mail/Text: jmckenna@bankatcommerce.com Apr 13 2018 23:16:58
                 Commerce Bank and Trust Company,    PO Box 15020,    Worcester, MA 01615-0020
517235648      +EDI: RMSC.COM Apr 14 2018 02:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517137733       EDI: TDBANKNORTH.COM Apr 14 2018 02:53:00      TD Bank,   Loan Operations,   32 Chestnut Street,
                 Lewiston, ME 04240
517137734      +EDI: WFFC.COM Apr 14 2018 02:53:00      Wells Fargo Auto Finance,   PO Box 29704,
                 Phoenix, AZ 85038-9704
517137735      +EDI: WFFC.COM Apr 14 2018 02:53:00      Wells Fargo Dealer Services,
                 A Division of Wells Fargo Bank, N.A,,    Attn: Bankruptcy Department,   PO Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A. - Wells Fargo Auto Finance
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    FEDERAL HOME LOAN BANK OF BOSTON
               rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Joint Debtor Josephine  Alvini sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Debtor Joseph  Alvini sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 318             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. - Wells Fargo Auto Finance
           mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                        TOTAL: 7