Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−31506−JNP
                        Chapter: 7
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Alvini | Josephine Alvini |
| aka Joseph J Alvini, aka Joe Alvini | aka Joesephine Alvini |
| 36 Beaver Drive | 36 Beaver Drive |
| Barrington, NJ 08007 | Barrington, NJ 08007 |

Social Security No.:
  xxx−xx−8674                                     xxx−xx−7572

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 16, 2018</u>                 <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court